**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 23-6775**

—————————

ERIC RICH,

        Plaintiff – Appellant,

    v.

OFFICER DANIEL HERSL, Individually and as a police officer for Baltimore City Police Dept.,

        Defendant – Appellee.

—————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Albert David Copperthite, Magistrate Judge. (1:20-cv-00488-ADC)

—————————

Argued: December 9, 2025               Decided: December 19, 2025

—————————

Before WILKINSON, KING, and GREGORY, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

**ARGUED:** Christopher S. Edwards, WARD & SMITH, P.A., Wilmington, North Carolina, for Appellant. James Arba Henry Corley, CITY OF BALTIMORE LAW DEPARTMENT, Baltimore, Maryland, for Appellee. **ON BRIEF:** Ebony M. Thompson, City Solicitor, Michael Redmond, Director, Appellate Practice, CITY OF BALTIMORE LAW DEPARTMENT, Baltimore, Maryland, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiff Eric Deandre Rich appeals from an adverse judgment of July 2023, entered in the District of Maryland in favor of defendant Daniel Hersl, a former officer with the Baltimore Police Department's Gun Trace Task Force. Specifically, the district court resolved to award summary judgment to Hersl on Rich's Fourth Amendment claims for illegal arrest, false imprisonment, and malicious prosecution under 42 U.S.C. § 1983. *See Rich v. Hersl*, No. 1:20-cv-00488 (D. Md. July 20, 2023), ECF Nos. 107 & 108.

We review an award of summary judgment de novo. *See T.H.E. Ins. Co. v. Davis*, 54 F.4th 805, 818 (4th Cir. 2022); *Robinson v. Clipse*, 602 F.3d 605, 607 (4th Cir. 2010). Having carefully assessed the record — as well as the various appellate submissions of the parties and the argument presented in Richmond — we discern no reversible error. Accordingly, we are content to affirm the judgment of the district court.

*AFFIRMED*